■ Doris Pupiales, Appellant, v BLDG Management Co., Inc., et al., Respondents. [2 NYS3d 798]—Order, Supreme Court, New York County (Anil C. Singh, J.), entered on or about January 22, 2014, which, insofar as appealed from as limited by the briefs, granted defendants' motion to compel arbitration and to stay this action pending arbitration proceedings, and denied plaintiff's motion for an order compelling defendant Rishi Patraju to submit to oral swab DNA testing, unanimously affirmed, without costs.

Plaintiff waived any objection to arbitration in light of her union's commencement of the arbitration proceedings on her behalf (*see Matter of National Cash Register Co. [Wilson]*, 8 NY2d 377, 382-383 [1960]; *Matter of RRN Assoc. [DAK Elec. Contr. Corp.]*, 224 AD2d 250 [1st Dept 1996]).

In light of its order compelling arbitration, the motion court

providently exercised its discretion in denying plaintiff's application to compel DNA testing of Patraju. Concur—Gonzalez, P.J., Tom, Richter and Kapnick, JJ.